UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:10-00266 |
| | ) | JUDGE CAMPBELL |
| JAMES W. WOOTEN | ) | |

ORDER

Pending before the Court is a Petition to Terminate Supervised Release (Docket No. 51) and the Government's Response (Docket No. 53). The Petition (Docket No. 51) is DENIED.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE